IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RONALD W. HALL, | : | |
| Plaintiff | : | Civil Action 2:08-cv-530 |
| v. | : | Judge Smith |
| OHIO DEP'T OF REHABILITATION & CORRECTIONS, *et al.* | : | Magistrate Judge Abel |
| | : | |
| Defendants. | | |

## ORDER

On April 6, 2009, the Magistrate Judge issued a report and recommendation that summary judgment in this matter be granted to Southeastern Ohio Regional Medical Center. (Doc. 25.) Objections to this report and recommendation were due by April 23, 2009. Plaintiff did not file a memorandum contra Southeastern Ohio Regional Medical Center's motion for summary judgment (Doc. 24), or any objections to the Report and Recommendation.

Given Plaintiff's lack of objection to summary judgment, and on *de novo* review as required by 28 U.S.C. §636(b), I find the report and recommendation well taken. Accordingly, it (Doc. 25) is **ADOPTED**. The Clerk of Court is hereby **DIRECTED** to enter judgment in favor of Defendant Southeastern Ohio Regional Medical Center on all claims against it.

IT IS SO ORDERED.

*/s/ George C. Smith*
GEORGE C. SMITH, JUDGE
UNITED STATES DISTRICT COURT